UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

------------------------------------------------------
Timothy O'Meara,                              )
                                              )
Plaintiff,                                    )
                                              )
v.                                            )
                                              )
New Hampshire Supreme Court                   )
------------------------------------------------------

## MOTION FOR INJUNCTIVE RELIEF

Petitioner Timothy O'Meara moves for an injunction directing the New Hampshire Supreme Court to allow him to file a 134-page brief in his defense in a disciplinary action pending before that court, and in support of his motion states as follows:

1. The Supreme Court is currently considering whether to suspend Attorney O'Meara's license to practice law for three years. It has denied his request to file a brief of 134 pages.

2. O'Meara has a protected interest in his license to exercise his profession. Fourteenth Amendment due process guarantees require the Supreme Court to grant him a fair opportunity to present his defenses fully.

3. O'Meara risks irreparable harm if he is forced to abbreviate his explanation of facts and development of arguments. No remedy at law could adequately compensate him for a deprivation of his due process rights and a three-year interruption of his career.

4. A supporting memorandum of law accompanies this motion.

5. Given the nature and timing of the motion, concurrence has not been sought from the defendant.

2

WHEREFORE, the petitioner asks the Court to enter an injunctive order directing the New Hampshire Supreme Court to allow him to file a 134-page brief in the pending action, *In the Matter of Timothy A. O'Meara* (LD-2011-0002).

                                              Respectfully submitted,

                                              TIMOTHY O'MEARA

                                              By his attorneys,

                                              RANSMEIER & SPELLMAN
                                              PROFESSIONAL CORPORATION

Date: May 14, 2012                  By: */s/ Daniel J. Mullen*
                                                   Daniel J. Mullen (NHBA #1830)
                                                   One Capitol Street
                                                   P.O. Box 600
                                                 Concord, NH  03302-0600
                                                 (603) 410-6643

458547