# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------
Timothy O'Meara,                                )
                                                )
Plaintiff,                                      )
                                                )
v.                                              )
                                                )
New Hampshire Supreme Court                     )
---------------------------------------------------------

# PROPOSED ORDER

Based upon the pleadings and evidence, this Court hereby orders the New Hampshire Supreme Court to allow Timothy O'Meara to file a brief In the Matter of Timothy O'Meara, Esquire, Docket No. LD-2011-0002, with a page limit of 134 pages.

SO ORDERED

Dated: _____                          _____
                                                Judge