```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Timothy O'Meara

    v.                        Case No. 12-cv-182-PB

New Hampshire Supreme Court


## ORDER

    Re: Document No. 2, Motion for Injunctive

    Ruling:

    There are many reasons why the motion for injunctive relief must be denied but it is enough to merely point out that the motion does not come close to alleging facts that would support a determination that the petitioner is likely to succeed on the merits.  The Supreme Court has the power to set page limits for its briefs and the petitioner has not demonstrated any likelihood of success in proving that those limits violate the requirements of the due process clause. Motion denied.


Date:  May 15, 2012                    /s/ Paul Barbadoro
                                            US District Judge

cc:  Daniel Mullen, Esq.