UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---------------------------------------------------------
TIMOTHY O'MEARA,                    )
      PLAINTIFF              )
                                          )
V.                                               )      CASE NO. 12-CV-182-PB
                                          )
NEW HAMPSHIRE SUPREME COURT )
      DEFENDANT           )
---------------------------------------------------------

### NOTICE OF DIMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

NOW COMES Timothy O'Meara, by his counsel, Ransmeier & Spellman Professional Corporation, and files this Notice to Dismiss.

                Respectfully submitted,

                **TIMOTHY O'MEARA**
                By his attorneys,

                RANSMEIER & SPELLMAN
                PROFESSIONAL CORPORATION

Date:  June 26, 2012        By:  */s/ Daniel J. Mullen*
                Daniel J. Mullen (NHBA #1830)
                One Capitol Street
                P.O. Box 600
                Concord, NH  03302-0600
                (603) 410-6643

### CERTIFICATION OF SERVICE

I certify that all counsel of record has been provided a copy of the within via ECF.

                */s/ Daniel J. Mullen*
                Daniel J. Mullen