U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

2012 JUL -3 A 10: 16

Timothy O'Meara

v.  Case No. 12-cv-182-PB

NH Supreme Court

## ORDER

On May 14, 2012, Plaintiff, though counsel, electronically filed a Civil Complaint in the court's CM/ECF filing system. During the filing process, Plaintiff erroneously submitted a duplicate filing fee of $46.00. Pursuant to AP 2.11, the Clerk of Court shall process a refund through the electronic credit card system in the amount of $46.00 to the credit card used by the attorney filing for the Plaintiff.

**SO ORDERED.**

James R. Starr
Clerk of Court

Date: July 3, 2012

cc: Counsel of Record
Dale Trombley, Financial Administrator