John T. Alexander
Tina L. Annis
Biron L. Bedard [1]
Lisa L. Biklen
Ronald E. Cook [2]
Frank E. Kenison
Garry R. Lane [3]
Lisa M. Lee
Andrew B. Livernois
Paul H. MacDonald [4]
Michael J. Malaguti
Thomas N. Masland
Daniel J. Mullen
John C. Ransmeier
Lawrence S. Smith
Jeffrey J. Zellers [5]

**Ransmeier & Spellman P.C.**
ATTORNEYS AT LAW

One Capitol Street
P.O. Box 600
Concord, New Hampshire 03302-0600

Telephone 603.228.0477
Fax 603.224.2780
Website www.ranspell.com

Joseph S. Ransmeier
1915-2010

Lawrence E. Spellman
1924-2001

Dom S. D'Ambruoso
Retired

[1] Also admitted in Maine
[2] Also admitted in Rhode Island
[3] Also admitted in Maine and Connecticut
[4] Also admitted in Vermont
[5] Also admitted in Massachusetts

June 29, 2012

James R. Starr, Clerk
United States District Court
for the District of New Hampshire
55 Pleasant Street
Concord, NH 03301

Re: Timothy O'Meara v. New Hampshire Supreme Court
Docket No. 2012-CV-182-PB

Dear Mr. Starr:

On May 14, 2012, Mr. O'Meara filed a Petition for Injunctive Relief and mistakenly filed it under the incorrect heading. Therefore, Mr. O'Meara made a duplicate payment to the Court in the sum of $46.00. I am writing to request a refund of that duplicate payment. I enclose a copy of the notice from the Court concerning the duplicate payment.

If you have any questions concerning this, please do not hesitate to contact me.

Very truly yours,

Daniel J. Mullen
E-mail: dmullen@ranspell.com

DJM/dl
Enclosure
462594

### Darlene Levesque

**From:** ecf_bounce@nhd.uscourts.gov
**Sent:** Tuesday, May 15, 2012 3:32 PM
**To:** nef@nhd.uscourts.gov
**Subject:** Activity in Case 1:12-cv-00182-PB O'Meara v. New Hampshire Supreme Court Duplicate Payment

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 JUL -2 P 1: 12

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Hampshire

### Notice of Electronic Filing

The following transaction was entered on 5/15/2012 at 3:31 PM EDT and filed on 5/15/2012
**Case Name:** O'Meara v. New Hampshire Supreme Court
**Case Number:** 1:12-cv-00182-PB
**Filer:** Timothy O'Meara
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF DUPLICATE PAYMENT: Timothy O'Meara submitted an incorrect filing fee in the amount of $46, receipt no.0102-881912, re [1] Miscellaneous Case - New Case. The filer shall request a refund in writing directed to the Clerk of Court and filed conventionally within ten (10) days, identifying the case number, filing date, and the name of the attorney whose ECF login and password was used to make the submission. Follow up on Incorrect Filing Fee Payment on 5/29/2012. (amm)**

**1:12-cv-00182-PB Notice has been electronically mailed to:**

Daniel J. Mullen    dmullen@ranspell.com, dlevesque@ranspell.com

**1:12-cv-00182-PB Notice, to the extent appropriate, must be delivered conventionally to:**

6/27/2012